**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 15-6468**

---

SHARU BEY,

        Petitioner – Appellant,

    v.

WARDEN HOLLENBECK,

        Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:14-hc-02016-FL)

---

Submitted: September 24, 2015      Decided: October 5, 2015

---

Before MOTZ, AGEE, and FLOYD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Sharu Bey, Appellant Pro Se. Seth Morgan Wood, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sharu Bey, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 (2012) petition without prejudice. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Bey v. Hollenbeck, No. 5:14-hc-02016-FL (E.D.N.C. Feb. 27, 2015). We deny Bey's motion for bail pending appeal and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2